**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**FIRST AMERICAN TITLE COMPANY,**

     **Plaintiff,**

**v.**                                                              **Case No: 5:15-cv-146-Oc-30PRL**

**ROYALTY AVIATION, INC., JAMES**
**BOZZUTO and STEVEN BOZZUTO**

     **Defendants.**

_____

## ORDER

Before the Court is Plaintiff First American Title Company's motion for issuance of a writ of garnishment directed to Fifth Third Bank.   (Doc. 25).   Upon due consideration, Plaintiff's motion is GRANTED.

On May 26, 2015, a final default judgment was entered in favor of Plaintiff and against Defendants Royal Aviation, Inc., James Bozzuto, and Steven Bozzuto.   (Doc. 15).   Plaintiff now moves for a writ of garnishment to satisfy the outstanding judgment in the amount of $190,343.86, the full amount of which remains due and owing.   Plaintiff believes that Defendants maintain one or more accounts with Fifth Third Bank.

Pursuant to Fed. R. Civ. P. 69, the Court must follow state law with regard to garnishment procedures.   *See* Fed. R. Civ. P. 69.   Chapter 77 of the Florida Statutes prescribes the procedure for issuance and enforcement of writs of garnishment.   To obtain a writ of garnishment after judgment, Plaintiff is required to file a motion stating the amount of the judgment.   *See* Fla. Stat. § 77.03.   Plaintiff satisfied this requirement in its motion for the issuance of writ of garnishment to Fifth Third Bank.   (Doc. 25).

After a writ of garnishment is issued, Chapter 77 requires two separate notices in connection with the garnishment proceeding.   If a defendant is an individual, subsection 77.041(1) requires notice to the defendant and prescribes the exact language of a "Notice to Defendant of Right against Garnishment of Wages, Money, and Other Property."   *See* Fla. Stat. § 77.041(1).   In addition, subsection 77.041(2) requires that a plaintiff comply with additional notice requirements in regard to the defendants.

Accordingly, upon due consideration, Plaintiff's Motion for Writ of Garnishment (Doc. 25) is **GRANTED**, and the Clerk is directed to issue the Writ of Garnishment to Garnishee TD Bank attached to Plaintiff's motion.   (Doc. 25-2).   The Clerk is further directed to attach to the Writ of Garnishment the "Notice to Defendant of Right" pursuant to Fla. Stat. § 77.041(1). Plaintiff is reminded that it must fully comply with all notice requirements of § 77.041, Florida Statutes.

**THEREON** it is **ORDERED** that the motion is GRANTED.

**DONE** and **ORDERED** in Ocala, Florida on September 21, 2015.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties