**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**FIRST AMERICAN TITLE COMPANY,**

    **Plaintiff,**

v.                                                **Case No: 5:15-cv-146-Oc-30PRL**

**ROYALTY AVIATION, INC., JAMES
BOZZUTO and STEVEN BOZZUTO**

    **Defendants.**

## ORDER

Before the Court is Garnishee TD Bank N.A.'s request (Doc. 19) and Garnishee Fifth Third Bank N.A.'s request (Doc. 28) for attorney's fees pursuant to Florida Statute § 77.28. Section 77.28 provides that "upon issuance of any writ of garnishment, the party applying for it shall pay $100 to the garnishee on the garnishee's demand at any time after the service of the writ for the payment or part payment of his or her attorney fee which the garnishee expends or agrees to expend in obtaining representation in response to the writ." Fla. Stat. § 77.28.

Upon due consideration, the Court GRANTS both Garnishees' requests for attorney's fees. (Docs. 19 and 28). Plaintiff is directed to pay $100 directly to Garnishee TD Bank N.A.'s counsel, Zeichner, Ellman, & Krause, LLP and to pay $100 directly to Garnishee Fifth Third Bank N.A.'s counsel, Broad and Cassel.

**DONE** and **ORDERED** in Ocala, Florida on September 29, 2015.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties