**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**FIRST AMERICAN TITLE COMPANY,**

    Plaintiff,

v.                                                 Case No: 5:15-cv-146-Oc-30PRL

**ROYALTY AVIATION, INC., JAMES BOZZUTO and STEVEN BOZZUTO**

    Defendants.

## ORDER

Before the Court is Plaintiff First American Title Company's motion for issuance of a writ of garnishment directed to JP Morgan Chase Bank.  (Doc. 33).

On May 26, 2015, a final default judgment was entered in favor of Plaintiff and against Defendants Royal Aviation, Inc., James Bozzuto, and Steven Bozzuto.  (Doc. 15).  Plaintiff now moves for a writ of garnishment to satisfy the outstanding judgment in the amount of $190,343.86, the full amount of which remains due and owing.  Plaintiff believes that Defendants maintain one or more accounts with JP Morgan Chase Bank.

Pursuant to Fed. R. Civ. P. 64, the Court must follow state law with regard to garnishment procedures.  *See* Fed. R. Civ. P. 64.  Chapter 77 of the Florida Statutes prescribes the procedure for issuance and enforcement of writs of garnishment.  To obtain a writ of garnishment after judgment, Plaintiff is required to file a motion stating the amount of the judgment.  *See* Fla. Stat. § 77.03.  Plaintiff satisfied this requirement in its motion for the issuance of writ of garnishment to JP Morgan Chase Bank.  (Doc. 33).

After a writ of garnishment is issued, Chapter 77 requires two separate notices in connection with the garnishment proceeding. If a defendant is an individual, subsection 77.041(1) requires notice to the defendant and prescribes the exact language of a "Notice to Defendant of Right against Garnishment of Wages, Money, and Other Property." *See* Fla. Stat. § 77.041(1). In addition, subsection 77.041(2) requires that a plaintiff comply with additional notice requirements in regard to the defendants.

Accordingly, upon due consideration, Plaintiff's Motion for Writ of Garnishment (Doc. 33) is **GRANTED**. In addition, I grant Plaintiff's request to appoint, under Fed. R. Civ. P. 4.1(a), Ashton & Associates, Inc., 1600 N. Orange Avenue, Orlando, FL 32804 to serve the Writ of Garnishment upon the Garnishee. Plaintiff is reminded that it must fully comply with all notice requirements of § 77.041, Florida Statutes.

**DONE** and **ORDERED** in Ocala, Florida on October 5, 2015.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties