**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**FIRST AMERICAN TITLE COMPANY,**

    **Plaintiff,**

v.                                                            **Case No: 5:15-cv-146-Oc-30PRL**

**ROYALTY AVIATION, INC., JAMES
BOZZUTO and STEVEN BOZZUTO**

    **Defendants.**

## ORDER

Before the Court is Garnishee JPMorgan Chase Bank, N.A.'s motion (Doc. 38) for attorney's fees pursuant to Florida Statute § 77.28.  Section 77.28 provides that "upon issuance of any writ of garnishment, the party applying for it shall pay $100 to the garnishee on the garnishee's demand at any time after the service of the writ for the payment or part payment of his or her attorney fee which the garnishee expends or agrees to expend in obtaining representation in response to the writ."  Fla. Stat. § 77.28.

Upon due consideration, the Court GRANTS Garnishee's motion for attorney's fees. (Docs. 38).  Plaintiff is directed to pay $100 directly to Garnishee's counsel, Wargo & French, LLP at 201 S. Biscayne Boulevard, Suite 1000, Miami, Florida 33131.

**DONE** and **ORDERED** in Ocala, Florida on October 27, 2015.

PHILIP R. LAMMENS
United States Magistrate Judge

- 2 -

Copies furnished to:

Counsel of Record
Unrepresented Parties